ACCEPTED
03-15-00208-CV
5145191
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/4/2015 4:38:55 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00208-CV

IN THE COURT OF APPEALS

FOR THE

THIRD SUPREME JUDICIAL DISTRICT

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/4/2015 4:38:55 PM
JEFFREY D. KYLE
Clerk

JOE ALTON GREER,

*Appellant,*

VS.

REBECCA RODRIGUEZ GREER,

*Appellee.*

Appeal from the 425th Judicial District Court
of Williamson County, Texas

## MOTION TO DISMISS APPEAL

TO THE HONORABLE COURT OF APPEALS FOR THE THIRD COURT OF APPEALS DISTRICT OF TEXAS:

Pursuant to Rule 42 of the Texas Rules of Appellate Procedure, Appellant, Joe Alton Greer, moves to dismiss this appeal on the following grounds:

## A. Introduction

1.     Appellant perfected his appeal on 7 April 2015, when he filed a *Notice of Appeal* with the 425th Judicial District Court of Williamson County, Texas. The judgment from which the appeal was taken was entered on 7 January 2015 in Cause No. 12-1050-F425, styled *In the Matter of the Marriage of Joe Alton Greer and Rebecca Rodriguez Greer*, in the 425th Judicial District Court of Williamson County, Texas.

## B. Grounds

2.     On 22 April 2015, the trial court granted a new trial in this case and signed an *Order on Petitioner's Motion for New Trial* setting aside the judgment entered on 7 January 2015.

## C. Conclusion

3.     In light of the granting of the new trial in this case, this appeal is moot and should be dismissed.

## D. Prayer

4.     For these reasons, the Appellant ask the Court to grant this motion to dismiss.

Respectfully Submitted,

LAW OFFICE OF KARL E. HAYS, PLLC
2101 South IH-35, Suite 210
Austin, Texas 78741
512-476-1911
512-476-1904 facsimile
service@haysfamilylaw.com


By:_____ /s/ Karl E. Hays _____
　　　　　Karl E. Hays
　　　　　State Bar Number 09307050

ATTORNEY FOR APPELLANT


## CERTIFICATE OF CONFERENCE

Pursuant to Rule 10.1(a)(5) of the Texas Rules of Appellate Procedure, the undersigned attorney hereby certifies that he has conferred with Appellee's counsel regarding the substance of this motion and that Appellee's counsel has indicated that he does not oppose the granting of this motion.


_____ /s/ Karl E. Hays _____
Karl E. Hays

## Certificate of Service

In compliance with Rule 9.5(a), 9.5(d), and 9.5(e) of the Texas Rules of Appellate Procedure, the undersigned attorney certifies that a true and correct copy of the foregoing *Motion to Dismiss Appeal* has been served upon the below-named individual, in the manner noted below, as prescribed by Rule 9.5(b) of the Texas Rules of Appellate Procedure on this 4th day of May 2015.

_____/s/ Karl E. Hays_____
Karl E. Hays

**Via E-File Transmission**
Bradley M. Coldwell
Coldwell Bowes, L.L.P.
919 Congress Ave., Suite 1200
Austin, Texas 78701
Efiling.coldwell@coldwellbowes.com